# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00303-CMA-SKC

RAUL GONZALEZ, individually and on behalf of all others similarly situated,
AARON TOWNE, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

MICHAEL SCHNELL, and
CHRIS CHALLIS,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Default Judgment is hereby entered.

Pursuant to the Order Granting Plaintiffs' Motion for Default Judgment and Granting in Part and Denying in Part Plaintiffs' Motion for Attorney Fees, Costs, and Service Awards (Doc. # 60), entered by the Honorable Christine M. Arguello on November 2, 2021, it is

ORDERED that Plaintiffs' Motion for Default Judgment (Doc. # 50) is GRANTED.  If is

FURTHER ORDERED that Plaintiffs' Motion for Attorney Fees, Costs, and Service Awards (Doc. # 51) is GRANTED as set forth in this Order.  It is

FURTHER ORDERED that Plaintiffs are entitled to the amounts of $76,539.96 in damages and $46,776.14 in attorney fees, costs, and service awards.  It is

FURTHER ORDERED that final judgment is entered in favor of Plaintiffs and against Defendant Michael Schnell in the total amount of $123,316.10.  It is

FURTHER ORDERED that Defendant's Motion to Dismiss (Doc. # 49) and Plaintiffs' Motion for Hearing/Conference (Doc. # 58) are DENIED as moot. It is

FURTHER ORDERED that this case is closed.

DATED: November 2, 2021.

> FOR THE COURT:
> JEFFREY P. COLWELL, CLERK
>
> By: s/   S. West, Deputy Clerk